| | |
|---|---|
| 1 | Frank C. Rothrock (SBN: 54552) |
|   | Thomas A. Woods (SBN: 210050) |
| 2 | SHOOK, HARDY & BACON L.L.P. |
|   | Jamboree Center |
| 3 | 5 Park Plaza, Suite 1600 |
|   | Irvine, California 92164-2546 |
| 4 | Telephone:  (949) 475-1500 |
|   | Facsimile:   (949) 475-0016 |
| 5 |   twoods@shb.com |
| 6 | Attorneys for Defendants denominated "Tyco International, Inc.;" "Covidien, Inc.;" "Tyco Healthcare Group, LP;" and "Mallinckrodt, Inc." |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOE V. SANCHEZ and SANDRA L. ROARTY-SANCHEZ, | | Case No. CV 08-0973 (EMC) |
| | Plaintiffs, | **STIPULATION OF THE PARTIES RE: ENLARGEMENT OF TIME FOR DEFENDANTS DENOMINATED "TYCO INTERNATIONAL, INC.," "COVIDIEN, INC.," "TYCO HEALTHCARE GROUP, LP," AND "MALLINCKRODT, INC." TO FILE A RESPONSIVE PLEADING** ; ORDER |
| vs. | | |
| BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER HEALTHCARE LLC; GENERAL ELECTRIC COMPANY; GE HEALTHCARE, INC.; TYCO INTERNATIONAL, INC.; COVIDIEN, INC.; TYCO HEALTHCARE GROUP, LP; MALLINCKRODT, INC.; and BRACCO DIAGNOSTICS, INC. | | |
| | Defendants. | Complaint filed: February 15, 2008 |

TO THE COURT, THE PARTIES, AND ALL COUNSEL FOR THE PARTIES IN THIS CASE:

      Consistent with Local Rule 6-1 of the U.S. District Court for the Northern District of California, and based on the March 7, 2008 agreement between counsel for plaintiffs Joe and Sandra Sanchez and counsel for defendants denominated "Tyco International, Inc.;" "Covidien, Inc.;" "Tyco Healthcare Group, LP;" and "Mallinckrodt, Inc.," (hereinafter "Mallinckrodt"), it is hereby stipulated that

1  Mallinckrodt's response to plaintiffs' complaint is now due to be filed and served
2  on or before April 11, 2008.
3      The parties further recognize that this enlargement of time to respond to
4  plaintiffs' complaint does not interfere with any event or deadline already fixed by
5  Court order. Specifically, the Court's Amended Order Setting Initial Case
6  Management Conference, filed February 19, 2008, fixes the date for the parties'
7  Fed. rule Civ. Proc. 26(f) Conference for May 7, 2008.
8      IT IS SO STIPULATED:

DATED: March 11, 2008                    Respectfully submitted,

                                         SHOOK, HARDY & BACON L.L.P.


                                         By:___s/ Frank C. Rothrock___
                                            FRANK C. ROTHROCK
                                            THOMAS A. WOODS
                                         Attorneys for Defendants denominated
                                         "Tyco International, Inc.;" "Covidien,
                                         Inc.;" "Tyco Healthcare Group, LP;" and
                                         "Mallinckrodt, Inc."

DATED: March 11, 2008                    LEVIN SIMES KAISER & GORNICK
                                         LLP


                                         By:___s/ Debra DeCarli___
                                            Lawrence J. Gornick
                                            Debra DeCarli
                                         Attorneys for Plaintiffs Joe V. Sanchez
                                         and Sandra Sanchez

IT IS SO ORDERED:

_____
Edward M. [Chen]
U.S. Magistrate [Judge]

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Edward M. Chen]*

48037v1
48037v1

- 2 -    STIPULATION TO ENLARGE TIME TO RESPOND TO COMPLAINT
         CASE No. CV08-0973(EMC)