I hereby certify that this instrument is a true and correct copy of the original on file in my office.
Attest: Geri M. Smith, Clerk
U.S. District Court
Northern District of Ohio
By: /S/Jennifer Smolinski
Deputy Clerk

Inasmuch as no objection is pending at this time, the stay is lifted.

APR - 2 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 17 2008

FILED
CLERK'S OFFICE



# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: GADOLINIUM CONTRAST DYES PRODUCTS
LIABILITY LITIGATION

MDL No. 1909

2008 APR -9 AM 10: 35
FILED
N. DIST. OF OHIO
CLEVELAND

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-2)

On February 27, 2008, the Panel transferred 20 civil actions to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d___ (J.P.M.L. 2008) With the consent of that court, all such actions have been assigned to the Honorable Dan A. Polster.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Polster.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of February 27, 2008, and, with the consent of that court, assigned to the Honorable Dan A. Polster.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

APR - 2 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: GADOLINIUM CONTRAST DYES PRODUCTS
LIABILITY LITIGATION

MDL No. 1909

## SCHEDULE CTO-2 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **CALIFORNIA CENTRAL** | |
| ~~CAC 2 08-1110~~ | ~~Priscilla Geffen, et al. v. General Electric Co., et al.~~ Opposed 3/28/08 |
| **CALIFORNIA NORTHERN** | |
| CAN 3 08-973 | Joe V. Sanchez, et al. v. Bayer Healthcare Pharmaceuticals Inc., et al. |
| CAN 3 08-974 | Karen Brown, etc. v. Bayer Healthcare Pharmaceuticals, Inc., et al. |
| **NEW JERSEY** | |
| NJ 2 08-881 | Diane O'Reilly, etc. v. General Electric Co., et al. |
| **OKLAHOMA NORTHERN** | |
| OKN 4 08-98 | Edyth Foster v. General Electric Co., et al. |
| **PENNSYLVANIA EASTERN** | |
| PAE 2 08-1060 | Zbigniew Marcinczyk, et al. v. General Electric Co., et al. |
| **RHODE ISLAND** | |
| RI 1 08-68 | John Smyth, et al. v. General Electric Co., et al. |
| **TENNESSEE MIDDLE** | |
| TNM 3 08-172 | Sang Walker, etc. v. General Electric Co., et al. |
| **TENNESSEE WESTERN** | |
| TNW 2 08-2104 | Thomas Lis, etc. v. General Electric Co., et al. |
| **VIRGINIA WESTERN** | |
| VAW 5 08-15 | Herbert C. Eavers, Jr. v. Bayer Corp., et al. |
| **WISCONSIN WESTERN** | |
| WIW 3 08-129 | Barbara Snyder, etc. v. General Electric Co., et al. |